(Reap. Dec. 10960)

MODERN UPHOLSTERED CHAIR CO., INC. v. UNITED STATES

Entry No. 5889.

(Decided April 20, 1965)

Plaintiff not represented by counsel.

John W. Douglas, Assistant Attorney General (Samuel D. Spector, trial attorney), for the defendant.

Rao, Judge: When this case was called for trial, it was submitted for decision upon written application of plaintiff without objection by counsel for defendant.

An examination of the official papers in this case fails to disclose sufficient evidence to rebut the presumptively correct value returned by the appraiser. Such value is, therefore, held to be the value of the merchandise covered by this appeal for reappraisement.

Judgment will be entered accordingly.